AO 450  (Rev. 7/99) Judgment in a Civil Case

**CLOSED**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| DAVID HYNES, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case Number: 04-70305 |
| v. | Honorable |
| ELECTRONIC DATA SYSTEMS CORPORATION, | |
| Defendant. | |

■    **Decision by Court.**  This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment be entered for the Defendant and against the Plaintiff.

Pursuant to Rule (77d), FRCivP
Copies have been mailed to:

Dennis D. James, Martin T. Wymer

Date 6/13/05                                        David Weaver, Clerk of Court

                                                   /s Jonie Parker
                                                   Deputy Clerk